IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JERRY and WANDA BROWN, as Co-Special Administrators of the Estate of DELISIA BROWN, Deceased,<br><br>            Plaintiffs,<br><br>vs.<br><br>WHITELINE EXPRESS, LTD., and DONALD WELLS,<br><br>            Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Case No.<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | FILED<br>MAY 12, 2008   YM<br>08CV2723<br>JUDGE COAR<br><br>MAGISTRATE JUDGE ASHMAN |

### DEFENDANTS', WHITELINE EXPRESS, LTD. AND DONALD WELLS, NOTICE OF REMOVAL

Defendants, WHITELINE EXPRESS, LTD. and DONALD WELLS, by their attorneys, Patton & Ryan LLC, pursuant to 28 USC 1446(a) present this Notice of Removal based upon 28 USC 1332 and 28 USC 1441, and state as follows:

1. This cause of action was commenced on May 2, 2008, and is currently pending in the Circuit Court of Cook County, Illinois, Law Division, under Court Number 2008 L 004823. Plaintiffs' Complaint at Law is attached hereto as "Exhibit A."

2. Plaintiffs' cause is a civil action for survival and wrongful death alleging negligence on the part of the defendants arising from a motor vehicle accident which occurred on April 25, 2008.

3. The aforementioned action is one in which the United States District Court is given original jurisdiction by reason of the complete diversity of citizenship of the parties.

4. Upon information and belief, the amount in controversy in this action, exclusive of interest and costs, exceeds $75,000.00.

5. Upon information and belief, at the time of the filing of this cause of action and presently, plaintiffs Jerry Brown and Wanda Brown are citizens of the state of Illinois. *See Plaintiffs' Complaint at Law attached hereto as "Exhibit A."*

6. At the time of the filing of the cause of action and presently, defendant, WHITELINE EXPRESS, LTD., is incorporated in the state of Delaware and has its principal place of business in the state of Michigan. Thus, pursuant to 28 USC 1332(c)(1), defendant WHITELINE EXPRESS, LTD., is deemed a citizen of the state of Delaware and of the state of Michigan. *See Plaintiffs' Complaint at Law attached hereto as "Exhibit A."*

7. At the time of the filing of the cause of action and presently, defendant, DONALD WELLS, is a citizen of the state of Michigan. *See Plaintiffs' Complaint at Law attached hereto as "Exhibit A."*

8. Defendants will promptly file a copy of this original notice with the clerk of the state court where the action has been pending.

9. All pleadings, process, orders and other filings in the state court action are attached to this notice as required by 28 USC 1446(a).

10. Venue is proper in this district under 28 USC 1446(a), because this district and division embrace the place where the removed action has been pending.

11. Defendants, WHITELINE EXPRESS, LTD. and DONALD WELLS, make a jury demand.

WHEREFORE, for the foregoing reasons, Defendants WHITELINE EXPRESS, LTD. and DONALD WELLS, respectfully petition this Court to remove the above-entitled action from

the Circuit Court of Cook County, Illinois, to the United States District Court for the Northern District of Illinois, Eastern Division, based upon diversity of citizenship.

                WHITELINE EXPRESS, LTD. and
                DONALD WELLS


        By:_____/s John W. Patton, Jr._____
                One of the attorneys for Defendants

John W. Patton, Jr.
Richard W. Schumacher
Patton & Ryan LLC
330 North Wabash Avenue, Suite 2900
Chicago, Illinois 60611
(312) 261-5160


## CERTIFICATE OF SERVICE

The undersigned non-attorney certifies that he/she served the above and foregoing NOTICE OF REMOVAL on all parties of record herein by depositing true and accurate copies of the same in the United States Mail box located at 330 North Wabash Avenue, Chicago, Illinois, 60611, with proper postage pre-paid addressed to:

        James M. Sanford
        Cochran, Cherry, Givens, Smith & Montgomery, LLC
        One North LaSalle Street, Suite 2450
        Chicago, Illinois 60602

on the 12th day of May, 2008, before the hour of 5:00 p.m.

        _s/ John W. Patton, Jr._

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| Jerry and Wanda Brown, as Co-Special Administrators of the Estate of Delisia Brown, deceased<br><br>Plaintiffs,<br><br>v.<br><br>Whiteline Express, LTD., and Donald Wells<br><br>Defendants. | 08CV2723<br>JUDGE COAR    YM<br>MAGISTRATE JUDGE ASHMAN<br><br>No. 08 L<br><br>Calender |

## COMPLAINT AT LAW

Now comes the Plaintiffs, Jerry and Wanda Brown, as Co-Special Administrators of the Estate of Delisia Brown, by and through their attorney, James M. Sanford of COCHRAN, CHERRY, GIVENS, SMITH & MONTGOMERY, L.L.C., and complaining of the Defendants, Whiteline Express LTD. and Donald Wells, alleges as follows:

1. Plaintiffs, Jerry and Wanda Brown, are, at all times relevant, residents of Cook County, Illinois. Plaintiffs are the father and mother of Delisia Brown and have been duly appointed the Co-Special Administrators of the Estate of Delisia Brown.

2. Defendant, Whiteline Express LTD., is and was, at all times relevant, a Delaware corporation engaged in the freight transportation business and doing business in Cook County, Illinois.

3. Defendant Donald Wells, is and was, at all times relevant, a commercial tractor/trailer operator and a resident of the State of Michigan.

1

4. On April 25, 2008, Defendant Donald Wells was an employee and/or agent of Defendant Whiteline Express, LTD.

5. On April 25, 2008, Defendant Donald Wells was acting in his capacity as an employee and/or agent, servant when he was driving a commercial vehicle tractor/trailer owned by Whiteline Express, LTD..

6. On April 25, 2008, Delisia Brown was in a Chicago Transit Authority station located at 138 W. Cermak Road, Chicago, IL.

7. On April, 25, 2008, Defendant Donald Wells was operating a commercial tractor/trailer in the capacity of agent, servant and/or employee of Defendant Whiteline Express, LTD. in a northerly direction on Interstate 94 when he exited the expressway at Cermak Ave., Chicago IL.

8. Defendant Donald Wells drove to the end of the exit ramp and lost control of his tractor/trailer. Defendant Donald Wells then traveled across Cermak Ave. and struck the Chicago Transit Authority station where passengers from the elevated train were standing and walking.

9. Defendant Donald Wells struck Delisia Brown with his tractor/trailer and killed her.

## COUNT I- Wrongful Death

10. Defendant Whiteline Express, LTD. and Defendant Donald Wells, Individually and in his capacity as agent, servant, and/or employee of Defendant Whiteline Express, LTD., and each of them, was then and there guilty of one or more of the following careless and negligent acts and/or omissions:

   (a) Operated, maintained, and controlled a tractor/trailer in a negligent manner;

(b) Operated, maintained, controlled and drove a tractor/trailer into a collision with Delisia Brown, a pedestrian;

(c) Operated a tractor/trailer without keeping a proper and sufficient lookout;

(d) Failed to give audible warning with the vehicle's horn when such warning was reasonably necessary to ensure safety in violation of 625 ILCS 5/12-601;

(e) Failed to reduce the speed of a tractor/trailer so as to avoid a collision with Delisia Brown in violation of 625 ILCS 5/11-601;

(f) Failed to stop or apply the brakes of a tractor/trailer so as to avoid striking Delisia Brown, a pedestrian, in violation of 625 ILCS 5/11-601;

(g) Operated a tractor/trailer at a speed which was greater than was reasonable and proper in violation of 625 ILCS 5/11-601;

(h) Carelessly and negligently failed to yield the right of way to a pedestrian;

(i) Failed to observe and obey the traffic control light in violation of 625 ILCS 5/11-904;

(j) Failed to decrease the speed of a tractor/trailer when approaching or crossing an intersection, in violation of 625 ILCS 5/11-601

(k) Was otherwise careless and negligent.

11. As a direct and proximate result of one or more of the foregoing wrongful acts and/or omissions of Defendants, Whiteline Express, LTD. and/or its agent and employee, Defendant Donald Wells, decedent, Delisia Brown was struck and killed by the tractor/trailer.

12. Plaintiff's Decedent, Delisia Brown, left surviving her, as beneficiaries and next of kin in this action, her father, mother and two sisters.

13. By reason of the death of Delisia Brown, as aforesaid, her father, mother and two siblings have suffered pecuniary loss including her loss of society, and loss of financial support as is recoverable under the Wrongful Death Act, 740 ILCS 180.0.01, *et seq* .

caused pain and suffering, suffered damage to her brain, nervous system, respiratory system and other systems of his body, until she succumbed to such injuries and by reason died on April 25, 2008.

17. Prior to her death, Plaintiffs' decedent, Delisia Brown, was subjected to great pain and suffering and pursuant to 755 ILCS 5/27-6, his cause of action survives her death and Plaintiffs, Jerry and Wanda Brown, brings this action in their capacity as legal representatives of said decedent's estate.

18. Plaintiff's damages are in excess of $50,000.00 (Fifty Thousand Dollars), the minimum jurisdictional amount of this Court.

**WHEREFORE**, Plaintiffs, Jerry and Wanda Brown, as the Co-Special Administrators of the Estate of Delisia Brown, deceased, demands judgment against Defendants, Whiteline Express, LTD. and Donald Wells, for the severe and profound injuries suffered by the Decedent in an amount of money in excess of the jurisdictional limits of this Court.

/s/ James M. Sanford

James M. Sanford
Cochran, Cherry, Givens, Smith & Montgomery, L.L.C.
One North LaSalle Street, Suite 2450
Chicago, Illinois 60602
312.977.0200
Firm I.D. 37432