### U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
### ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                             Case Number:

Jerry and Wanda Brown, as Co-Special Administrators of the
Estate of Delisia Brown, deceased
v.
Whiteline Express Ltd., and Donald Wells

### AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Whiteline Express, Ltd., and Donald Wells

```
FILED
MAY 12, 2008                    YM
08CV2723
JUDGE COAR
MAGISTRATE JUDGE ASHMAN
```

| | |
|---|---|
| NAME (Type or print)<br>John W. Patton, Jr. | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ John W. Patton, Jr. | |
| FIRM<br>Patton & Ryan, LLC | |
| STREET ADDRESS<br>330 N. Wabash Avenue, Suite 2900 | |
| CITY/STATE/ZIP<br>Chicago, Illinois 60611 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6186472 | TELEPHONE NUMBER<br>312-261-5160 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐          APPOINTED COUNSEL ☐