IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Jerry and Wanda Brown, as Co-Special Administrators of the Estate of Delisia Brown, deceased<br><br>Plaintiffs,<br><br>v.<br><br>Whiteline Express, LTD., and Donald Wells<br><br>Defendants. | No. 08 CV-02723 |

**RESPONSE TO DEFENDANTS'**
**AFFIRMATIVE DEFENSE**

Now comes the Plaintiffs, Jerry and Wanda Brown, as Co-Special Administrators of the Estate of Delisia Brown, by and through their attorney, James M. Sanford of COCHRAN, CHERRY, GIVENS, SMITH & MONTGOMERY, L.L.C., and in Response to Defendants' Whiteline Express LTD. and Donald Wells Affirmative Defense states as follows:

**Affirmative Defenses**

1. Defendants state that the above-referenced collision was caused by an unforeseeable sudden illness or act of God, which rendered Defendant Don Wells incapable of controlling his vehicle.

**ANSWER:** Plaintiff has insufficient knowledge to form a belief as to the truth of the allegations in Affirmative Defense paragraph 1.

2. Defendants state the above-referenced collision was caused by the sudden and unforeseeable mechanical failure of the aforesaid tractor-trailer's brakes.

**ANSWER:** Plaintiff denies the allegations contained within paragraph 2 of Defendant's Affirmative Defense.

**WHEREFORE**, Jerry and Wanda Brown, as Co-Special Administrators of the Estate of Delisia Brown asks for judgement in excess of the jurisdictional amount of this Court against the Defendants, Whiteline Express LTD. and Donald Wells, and for other and further relief as this Court deems just.

Respectfully submitted,

By:  s/ James M. Sanford
One of the Attorneys for the Plaintiff

James Sanford
Cochran, Cherry, Givens, Smith & Montgomery, L.L.C.
One North LaSalle, Suite 2450
Chicago, IL 60601
(312) 977-0200
Attorney No. 37432

## CERTIFICATE OF SERVICE

The undersigned certifies that he has served the forgoing Plaintiffs' Response to Defendants' Affirmative Defense on all parties of record herein via the Clerk of the Court using the CM/ECF system on this the 5th Day of June, 2008.

John W. Patton, Jr.
Richard W. Schumacher
Patton & Ryan
330 N. Wabash Ave., Suite 2900
Chicago, IL 60611
(312) 261-5160

s/ James M. Sanford