IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JERRY and WANDA BROWN, as Co-Special Administrators of the Estate of DELISIA BROWN, Deceased,<br><br>  Plaintiffs,<br><br>vs.<br><br>WHITELINE EXPRESS, LTD., and DONALD WELLS,<br><br>  Defendants. | )<br>)<br>)<br>)<br>)<br>) Case No.  08-CV-02723<br>)<br>)<br>)<br>)<br>)<br>) |

## AMENDED NOTICE OF MOTION

To:   See Attached Certificate of Service

On July 16, 2008 at 9:00 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge David H. Coar in Room 1419 or any judge in his stead, in the courtroom usually occupied by him at 219 S. Dearborn, Chicago, Illinois and then and there present Defendants WHITELINE EXPRESS, LTD., and DONALD WELLS, Motion for Reassignment Based on Relatedness.

/s/ John W. Patton, Jr.

John W. Patton, Jr.
Richard W. Schumacher
Patton & Ryan LLC
330 North Wabash Avenue, Suite 2900
Chicago, Illinois 60611
(312) 261-5160
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

The undersigned certifies that he served the above and foregoing NOTICE OF MOTION on all parties of record via the Clerk of the Court using the CM/ECF system and also by U.S. Mail, on this the 11th day of July, 2008.

>James M. Sanford
>Cochran, Cherry, Givens, Smith & Montgomery, LLC
>One North LaSalle Street, Suite 2450
>Chicago, Illinois 60602
>*Attorneys for Brown Plaintiffs*
>
>Daniel V. O'Connor
>ANESI, OZMON, RODIN, NOVAK & KOHEN, LTD.
>161 North Clark Street, 21st Floor
>Chicago, Illinois 60601
>*Attorney for Guerrero Plaintiffs*
>
>Michael J. Goldberg
>WHITING LAW GROUP, LTD.
>One East Wacker Drive, Suite 2300
>Chicago, IL 60601
>*Attorney for Plaintiff Shirley Kubicz*

_s/ John W. Patton, Jr.