# Rule 16b Planning Conference Report Format

## United States District Court
### For The Northern District of Illinois
### Eastern Division

Jerry and Wanda Brown, co-special Adm.
Estate of Delisia Brown
Plaintiff

-v-

WhiteLine Express, LTD., et al
Defendant

Case Number: 08CV02723

Judge: Coar

### REPORT OF PARTIES' PLANNING CONFERENCE

Pursuant to this court's order, _James Sanford_ representing plaintiff(s), and _Richard Schumacher_ representing the defendant(s), met on _6·9·08_ pursuant to Rule 26(f) to discuss:

(1) the nature and basis of their claims and defenses;

(2) the possibilities for a prompt settlement or resolution of this case;

(3) to make or arrange for the disclosures required under Rule 26(a)(1); and

(4) to develop a discovery plan.

To that end, the parties propose the following:

A. The issues in this case may be simplified by taking the following steps:

1. Reassign 08CV3542 and 08CV3622 based on Relatedness
2. Complete a scheduling order for all matters
3. Coordinate discovery Fact & Expert
4. Prompt compliance with written discovery
5.

B. The following modifications to the discovery requirements of the Federal Rules of Civil Procedure or Local Rules should be made in order to expedite discovery:

   1.

   2.

   3.

   4.

   5.

C. Discovery will be needed on the following subjects:

   1. Plaintiffs' injuries
   2. Defendant, Whiteline Express, LTD, personnel
   3. Decedent, Donald Wells, medical records
   4. Expert witnesses
   5. Occurrence facts and witnesses

D. Discovery should/~~should not~~ be conducted in phases.


E. Discovery is likely to be contentious and management of discovery should be referred to the Magistrate Judge. Yes __X__ No_____

F. The parties ~~consent~~/do not consent to this matter being referred to the Magistrate Judge for final disposition.

G. The parties have discussed the possibility of alternative dispute resolution and concluded:


H. The parties have discussed a prompt settlement or other resolution of this matter. The plaintiff has made a written demand of $ ____—____, and the defendant has offered $____—____.

I. The Court should consider the following methods of expediting the resolution of this matter:




_____
Attorney for Plaintiff

Attorney for Defendant

*Judge Coar*
United States District Judge

**Format revised: March 15, 1999**