# Rule 16b Scheduling Order Format

## United States District Court
### For The Northern District of Illinois
### Eastern Division

Jerry and Wanda Brown, as Co-Special Adm.
Estate of Delisia Brown
Plaintiff

-v-

Whiteline Express, LTD,
Defendant Donald Wells

Case Number: 08-CV-02723

Judge: Coar

### PROPOSED SCHEDULING ORDER

**1. Discovery**

The following time limits and deadlines shall be applicable.

   A. All disclosures required by Rule 26(a)(1) shall be made on or before 9-30-08.

   B. Any amendments to pleadings or actions to join other parties shall be filed on or before 12-29-08.

   (It is recommended that any joinder or amendments be made early in the discovery process so as to avoid the need to prolong discovery as to new parties or new issues.)

   C. The cutoff of fact discovery is 3-25-09.

   D. The parties shall disclose expert testimony pursuant to Rule 26(a)(2) on or before 5-25-09.

   E. The parties may depose the other side's expert at any time prior to 7-25-09.

   F. The parties shall disclose any rebuttal expert pursuant to Rule 26(a)(2)(c) at any time prior to 9-25-09.

   G. The parties shall have until 11-25-09 to depose the opposing party's rebuttal expert.

**2. Motions**

Any dispositive motions to be filed on or before 10-25-09. (Ordinarily this date will be 30 days following the close of fact discovery.)

Rule 16b Scheduling Order Format                                                                                    Page 2 of 2

### 3. Final Pretrial Order and Conference

The final pretrial order shall be filed on or before /2·24·/0____. (Ordinarily this date will be 90 days after the deadline for dispositive motions.)

The final pretrial conference will be held on _____ at _____.m. (This date and time will be set by the Court at the Rule 16 conference.)

### 4. Trial

Trial is set in this matter on __3·/·/0__ at 10:00 a.m. (The trial date will be set by the Court at the Rule 16 conference.)

### 5. Status Hearings

A further status hearing/preliminary pretrial conference should be held on _____.


*Judge Coar*
United States District Judge

Dated:

Format revised: March 15, 1999