# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | David H. Coar | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2723 | **DATE** | 7/16/2008 |
| **CASE TITLE** | Brown, et al vs. White Line Express, Ltd, et al | | |

**DOCKET ENTRY TEXT**

Motion hearing held on 7/16/2008 regarding #10. Motion [10] for reassignment based on related ness is Granted. The Court will request reassignment of 08 C 3542 Guerrero v. Wells, et al, pending before Judge Norgle and 08 C 3622 Kubicz v. Wells, et al, pending before Judge Zagel.
/s/David H. Coar
David H. Coar, U.S. District Judge

Docketing to mail notices.

00:01

| | Courtroom Deputy Initials: | PAMF |
|---|---|---|